# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00308-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HENRY NICK COLEMAN,

    Defendant.

---

# ORDER CONCERNING DISCLOSURE
# OF GRAND JURY MATERIALS

---

This matter is before the court on "Plaintiff's Motion to Disclose Grand Jury Material" [#55] filed by the Government on October 20, 2008. On consideration of the motion, it is

ORDERED as follows:

1. "Plaintiff's Motion to Disclose Grand Jury Material" [#55] filed by the Government on October 20, 2008, is granted.

2. Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), the Government may disclose grand jury materials to defense counsel.

3. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were

delivered, and the date of delivery. Defense counsel shall also deliver a copy of this order with materials. <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>. At the conclusion of the case, by entry of the Court's judgment, counsel shall, within ten days, collect all copies and return them to the Government.

    4.    Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated November 4, 2008.

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO